**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GREG H. ERICKSON**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-96-258 LKK |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| **GREG H. ERICKSON**, ) | |
| Defendant, ) | |

A status conference in the above captioned matter was held before this court on May 2, 2006. The government was represented by Richard J. Bender, the defendant was present and represented by his attorney, Steven D. Bauer. At the request of the parties the status conference was continued until May 31, 2006 at 9:30 a.m. and time was ordered excluded pursuant to the provisions of Local T-4 based on defense counsel's need to prepare.

For Good Cause Appearing

**IT IS SO ORDERED**
Dated: May 30, 2006

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT