**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GREG H. ERICKSON**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Cr. S-96-258 LKK |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER THEREON** |
| **GREG H. ERICKSON**, ) | |
| Defendant, ) | |

    It is hereby stipulated between counsel for the government and counsel for both defendants that the Status Conference presently scheduled for May 31, 2006 may be continued until June 6, 2006.  This continuance is necessary to permit counsel for both sides to complete discussions regarding possible settlement and to reduce any such agreement to writting.

    It is further stipulated by the parties that time is excludable under the Speedy Trial Act until June 6, 2006, and all the parties accordingly request the court to order that time be excluded until that date.

    Counsel for the defendant and the government have been engaged in productive negotiations regarding this matter and have been in trial together it is believed by both parties that this additional time will result in the resolution of the matter.. In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

| | |
|---|---|
| Dated: May 25, 2006 | Dated: May 25, 2006 |
| /s/ Steven D. Bauer | /s/ Richard J. Bender |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **RICHARD J. BENDER**<br>Assistant United States Attorney |

For Good Cause Appearing

**IT IS SO ORDERED**

Dated: May 30, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT