1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **GREG H. ERICKSON**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-96-258 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER THEREON** |
| ) | |
| **GREG H. ERICKSON**, ) | |
| ) | |
| Defendant, ) | |
| ) | |

It is hereby stipulated between counsel for the government and counsel for both defendants that the Status Conference presently scheduled for July 18, 2006 may be continued until July 25, 2006. This continuance is necessary to permit counsel and the defendant to consider a proposed plea agreement. It is further stipulated by the parties that time is excludable under the Speedy Trial Act until July25, 2006, and all the parties accordingly request the court to order that time be excluded until that date.

Counsel for the defendant and the government have been engaged in productive negotiations regarding this matter and have been in trial together it is believed by both parties that this additional time will result in the resolution of the matter. In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

(Signature and Order on Following page)

| | |
|---|---|
| Dated: July 14, 2006 | Dated: July 14, 2006 |
| / s / Steven D. Bauer | / s / Richard J. Bender |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **RICHARD J. BENDER**<br>Assistant United States Attorney |

For Good Cause Appearing:

**IT IS SO ORDERED**

Dated: July 14, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT